**Drs. M. E. TATE and R. A. TATE, etc., Movant, v. Frank HOWARD, Opposed.**

Court of Appeals of ·Kentucky.

April 29, 1941.

B. J. Bethurum for movant.

Stanley Briel and James Miller, opposed.

PER CURIAM.

Motion for appeal denied and judgment affirmed.

**PEERLESS MANUFACTURING CORPORATION, Movant, v. CHI-CAGO RETAIL HARDWARE ASSOCIATION, Opposed.**

Court of Appeals of Kentucky.

May 2, 1941.

Woodward, Dawson & Hobson for movant.

Garland Allen, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

**Bridget SHEEHAN'S Administrator, Movant, v. John B. GORHAM, Opposed.**

Court of Appeals of Kentucky.

May 6, 1941.

Robert M. Odear for movant.

Ben L. Kessinger, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.